UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 3:CV-14-0856 |
| : | |
| SUPT. GLUNT, et al., : | (Judge Kosik) |
| : | |
| Defendants : | |

## ORDER

**AND NOW, THIS 28th DAY OF APRIL, 2015,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** Plaintiff's motion pursuant to Fed. R. Civ. P. 59(e) (Doc. 7) is **denied**.

s/Edwin M. Kosik
EDWIN M. KOSIK
United States District Judge